UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,

  v.

DAROL B. RASMUSSEN, et al.,

     Defendants.

NO. 2:10-cv-2303 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants Motion to Dismiss (Docket No. 5) is continued to January 28, 2011, at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than January 14, 2011.  The defendants may file and serve a reply on or before January 21, 2011.

    2.   Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

    3.   Plaintiff shall file his response to the order to show cause on or before January 14, 2011.

///

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: November 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE